904 A.2d 857

**Rev. Brian THOMAS, on behalf himself and of the Informed Citizen's Network, Appellant,**

v.

**Irene M. BIZZOSO Esq. in her official capacity as Deputy Prothonotary of the Supreme Court of Pennsylvania & Shirley Bailey in her official capacity as Chief Clerk of the Supreme Court of Pennsylvania & The Office of the Prothonotary/Clerk of Supreme Court of Pennsylvania and Pennsylvania Self Insurance Liability Program, Appellees.**

**No. 57 MAP 2006.**

Supreme Court of Pennsylvania.

July 13, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of July, 2006, probable jurisdiction is noted and the Order appealed is affirmed.